UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C., *et al.*,<br><br>　　　　　Defendants. | No.  1:21-cv-01685-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 2, 8)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

On December 6, 2021, the assigned magistrate judge issued findings and recommendations that plaintiff's application to proceed *in forma pauperis* be denied and that plaintiff be required to pay the $400.00 filing fee in full to proceed with this action.  (Doc. No. 8.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 3.)  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. Accordingly,

1. The findings and recommendations issued on December 6, 2021, (Doc. No. 8), are adopted in full.

1

2. In accordance with 28 U.S.C. § 1915(g), plaintiff's application to proceed *in forma pauperis*, (Doc. No. 2), is denied; and

3. Within **21 days** following the date of service of this order, plaintiff shall pay the $402.00 filing fee in full to proceed with this action. If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated: **Janurary 14, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE