# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>             Plaintiff,<br><br>       v.<br><br>THERESA C., et al ,<br><br>             Defendants. | Case No.: 1:21-cv-01685 JLT BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE<br><br>(Doc. 11) |

On January 14, 2022, the Court ordered Plaintiff to pay the $402.00 filing fee in full within twenty-one days. (Doc. 11.) At that time, Plaintiff was also warned that if he failed to pay the filing fee within the specified time, this action would "be dismissed without further notice." (*Id.* at 2.) Despite this warning, Plaintiff has not paid the filing fee and the matter cannot proceed at this time. Accordingly, the Court **ORDERS**:

1. The action is **DISMISSED** without prejudice; and
2. The Clerk of Court is **DIRECTED** to close this action, because this order terminates the matter in its entirety.

IT IS SO ORDERED.

Dated:   **February 25, 2022**

_____
UNITED STATES DISTRICT JUDGE